# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JASON LEE PACE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:14-cv-0218-RDP-JEO |
| BRADLEY R. McCULLAR, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed a Report and Recommendation on May 9, 2016, recommending Defendant's Special Report be treated as a Motion for Summary Judgment and further recommending that the motion be granted. (Doc. 35). Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Magistrate Judge's Report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court finds that Defendant's Motion for Summary Judgment is due to be granted, as no genuine issues of material fact exist. A final judgment will be entered contemporaneously herewith.

**DONE** and **ORDERED** this June 1, 2016.

*/s/ R. David Proctor*
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE